**Order entered March 13, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-00790-CR

**JEREMY WAYNE MILLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-72093-U**

## ORDER

Before the Court is appellant's March 11, 2020 motion for supplemental clerk's record. In his motion, appellant points out that the clerk's record filed contains two documents filed by the State on September 17, 2018, and April 8, 2019, both styled "Notice of Motions Filed," indicating the State filed a series of motions and sealing orders for the motions. No sealed record containing the State's motions and the sealing orders has been filed in this appeal.

We **GRANT** appellant's motion and **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record consisting of the documents described in the State's September 17, 2018 Notice of Motions Filed and April 8, 2019 Notice of Motions Filed. The supplemental clerk's record shall be filed subject to any sealing orders granted by the trial court.

We **DIRECT** the Clerk of the Court to transmit a copy of this order to the Dallas County District Clerk and to counsel for the parties.

/s/     BILL PEDERSEN, III
JUSTICE